UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

VALRISE BENDOLPH,            )
                             )
       Petitioner   )
                             )
v.                           )
                             )   Case No. 2:12-cv-03625-JFG-HGD
FRANK ALBRIGHT, Warden, and  )
THE ATTORNEY GENERAL OF      )
THE STATE OF ALABAMA,        )
                             )
       Respondents  )

## MEMORANDUM OPINION

On October 8, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE**, this 17th day of December, 2013.

_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE